IN THE SUPREME COURT OF THE STATE OF NEVADA

FIRST AMERICAN TITLE INSURANCE COMPANY; AND NEVADA TITLE INSURANCE COMPANY,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE TIMOTHY C. WILLIAMS, DISTRICT JUDGE,
Respondents,
and
JAMES B.C. NELSON; AND 6221 RED PINE TRUST,
Real Parties in Interest.

No. 80772

FILED

APR 16 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This original petition for a writ of mandamus challenges district court orders denying motions to allow discovery and for reconsideration in an insurance breach of policy and bad faith action. Having considered petitioners' arguments and the supporting documents, we are not persuaded that our extraordinary and discretionary intervention is warranted. NRS 34.160; *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991). In particular, petitioners have not met their burden of demonstrating that the decision here fits within the narrow exceptions under which writ relief may be warranted despite the availability of an adequate legal remedy. NRS 34.170; *Okada v. Eighth Judicial Dist. Court* 134 Nev. 6, 10, 408 P.3d 566, 570 (2018) (emphasizing that "generally this court will not consider writ petitions challenging orders denying discovery, as such discretionary rulings typically may be adequately redressed on direct appeal from an adverse final judgment");

20-14582

*Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 228, 88 P.3d 840, 841, 843-844 (2004) (providing that petitioners bear the burden of demonstrating that writ relief is warranted and observing that an appeal from a final judgment is generally an adequate remedy precluding writ relief). Accordingly, we

ORDER the petition DENIED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc:    Hon. Timothy C. Williams, District Judge
       Gerrard Cox & Larsen
       James S. Kent
       Eighth District Court Clerk